IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-257-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JACK L. CHRISMAN,**

        Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **July 21, 2008;** responses to these motions are due **August 1, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **August 14, 2008, at 10:30 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **3-day jury trial** is set for **August 25, 2008 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 30, 2008